# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 1:03-CR-00146** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Judge Ann Aldrich** |
| | ) | |
| **JASHIN BEY,** | ) | **Magistrate Judge Perelman** |
| | ) | |
| **Defendant.** | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| | ) | |

The case was referred to Magistrate Judge Perelman for a Report and Recommendation (R&R) for a probation revocation hearing; the R&R was subsequently filed on March 24, 2010, recommending that Jashin Bey's supervised release be continued [dkt. 564].

Neither party has filed an objection to the R&R. Accordingly, this court adopts the R&R in its entirety, and for the reasons stated therein, continues Bey's supervised release under the conditions set by the probation officer.

IT IS SO ORDERED.

                                                         */s/ Ann Aldrich*
                                                         ANN ALDRICH
                                                         UNITED STATES DISTRICT JUDGE

**Dated: April 21, 2010**